FILED

OCT 1ᴏ 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MANUEL AGUIRRE, et al.<br><br>　　　　　Defendants. | Case No. 03CR5089 AWI<br><br>**[PROPOSED] ORDER GRANTING ACCESS TO PRISONER TO CONDUCT DEPOSITION** |

Having considered the foregoing Petition and the matters stated therein, IT IS HEREBY ORDERED that Petitioner be permitted to take the deposition of prisoner Manuel Aguirre, Prisoner No. 61102-097, pursuant to FRCP 30(a)(2).

DATED: 10-18-06           _____
                          United States District Judge