UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 03CR5089 AWI |
| ) | |
| Plaintiff, ) | **ORDER GRANTING LEAVE** |
| ) | **FOR PRISONER TO ATTEND** |
| vs. ) | **TRIAL** |
| ) | |
| MANUEL AGUIRRE, et al. ) | Fresno County Superior Court |
| ) | Trial Date:  December 11, 2006 |
| Defendants. ) | |
| _____ ) | |

Having considered the foregoing Petition and the matters stated therein, IT IS HEREBY ORDERED that prisoner Manuel Aguirre, Prisoner No. 61102-097, be transported to the Fresno County Superior Court to attend and testify in the case of *Aguirre v. Garcia, et al.*, Fresno County Superior Court Case No. 05 CE CG 01302-AMS, scheduled to begin on December 11, 2006.  Prisoner Aguirre shall be made available at such times and under such circumstances as directed by the court presiding over the trial of *Aguirre v. Garcia, et al*.

IT IS SO ORDERED.

**Dated:    November 17, 2006**            /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE